SCOFIELD v. MILLER ET AL.

[No. 11,408.    Filed March 6, 1923.]

COURTS.—*Jurisdiction.—Appeals in Proceedings to Establish and Vacate Public Highways.— Statutes.—* Under §1392 Burns' Supp. 1921, Acts 1915 p. 149, the jurisdiction of appeals in proceedings to establish and vacate public highways is in the Supreme Court.

From Marshall Circuit Court; *Reuben R. Carr,* Judge.

Proceedings between Mahala Scofield and Absolam Miller and others in the matter of the establishment and vacation of a public highway.    From the judgment rendered, the former appeals. *Transferred to the Supreme Court.*

*Adam E. Wise,* for appellant.
*Harley A. Logan,* for appellees.

NICHOLS, C. J.—The record discloses that this is a proceeding to establish a public highway and to vacate a public highway. The jurisdiction of this appeal is therefore in the Supreme Court by virtue of clause ten of §1 of an act of the legislature.    Acts 1915 p. 149, §1392 Burns' Supp. 1921.

---

LOYAL PROTECTIVE INSURANCE COMPANY OF MASSACHUSETTS v. WILSON.

[No. 11,499.    Filed March 7, 1923.]

From Bartholomew Circuit Court; *John W. Donaker,* Judge.

Action between the Loyal Protective Insurance Company of Massachusetts and John M. Wilson.    From the judgment rendered, the former appeals.    *Transferred to the Supreme Court.*

*Baker & Richman,* for appellant.
*George W. Long* and *John Rynerson,* for appellee.

PER CURIAM.—This cause being submitted to the entire court and four judges not concurring in the result, the case is hereby transferred to the Supreme Court under §1399 Burns 1914, Acts 1901 p. 565.